IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEW RICHMOND NEWS and
STEVEN DZUBAY,

      Plaintiffs,

v.

CITY OF NEW RICHMOND,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-272-slc

     This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to state court.

| s/ Peter Oppeneer | 10/31/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |